OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
OFFICE OF ABEL ACOSTA, CLERK
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRESORTED
FIRST-CLASS

ZIP 78701 $ 000.27⁵
02 1W
0001401623 SEP 18 2015

PITNEY BOWES

POSTAGE

WR-83,715-02

9/16/2015
MCKENZIE, EDWARD          Tr. Ct. No. 1444596-B

This is to advise that the Court has dismissed without written order the application
for writ of habeas corpus.

Abel Acosta, Clerk

EDWARD MCKENZIE - TDC # 0023025